# Exhibit D

unison

**Unison Agreement Corp.**
**Closing Statement**

Unison HomeOwner Agreement Transaction ID: FRX-389239
Homeowner(s): Gerald F. Coffin
Property: [redacted] Brooklyn, NY [redacted]
Signing Date: August 18, 2021
Escrow Number: NY790356
Closing Services Provider: Vantage Point Escrow, Rachel Cear
Closing Services Provider Contact: P 866-374-0646 / E closingteam@vptitle.net

| Item | Debit | Credit |
|---|---|---|
| Unison Investment Payment to **Homeowner** | | $177,625 |
| Transaction Fee to Unison | $5,328.75 | |
| Appraisal Fee to **Unison** | $510.00 | |
| Settlement Fees | $4,295.80 | |
| Debts to be paid at closing | $0.00 | |
| **Totals** | $10,134.55 | $177,625 |
| **Funds Due to Homeowner(s): $167,490.45** | | |

**Owner(s):**

Sign: Gerald F Coffin
Gerald F. Coffin

Date: 8/21/2021