UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GERALD COFFIN, *on behalf of himself and all others similarly situated*

Plaintiffs,

Case No.: 1:26-cv-01587

-against-

UNISON AGREEMENT CORP and UNISON INVESTMENT MANAGEMENT, LLC

Defendant.
-----------------------------------------------------------------X

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE,** that Plaintiff GERALD COFFIN, on behalf of himself and others similarly situated, by and through his attorney JULIE ANNE HOWE, of Counsel to NEW YORK LEGAL ASSISTANCE GROUP (NYLAG), with office at 100 Pearl St., 19th Floor, New York, New York 10004, hereby appears in this proceeding and demands that you serve copies of all pleadings, orders, notices, and other documents in this proceeding upon the undersigned at the office address stated herein.

Dated: New York, New York
March 18, 2026

By:
**LISA RIVERA, ESQ.**
New York Legal Assistance Group
100 Pearl St., 19th Floor
New York, New York 10004
*/s/ Julie Anne Howe*

**JULIE ANNE HOWE**, of Counsel
*Attorney for Plaintiff Gerald Coffin et al*
T: (212) 613-7596 | jhowe@nylag.org