UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERALD COFFIN, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>UNISON AGREEMENT CORP. and UNISON INVESTMENT MANAGEMENT, LLC,<br><br>Defendants. | No. 1:26-cv-01587<br><br>**NOTICE OF APPEARANCE** |

TO: THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Eleanor Eagan of Terrell Marshall Law Group PLLC hereby appears for Plaintiff in the above-captioned matter and requests that copies of all papers and pleadings, except process, be served on her at Terrell Marshall Law Group PLLC, 1700 Westlake Avenue North, Suite 300, Seattle, Washington 98109.

RESPECTFULLY SUBMITTED AND DATED this 10th day of April, 2026.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Eleanor Eagan

Beth E. Terrell, *Pro Hac Vice Forthcoming*
Email: bterrell@terrellmarshall.com
Blythe H. Chandler, *Admitted Pro Hac Vice*
Email: bchandler@terrellmarshall.com
Eleanor Eagan, *Admitted Pro Hac Vice*
Email: eeagan@terrellmarshall.com
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Danielle Tarantolo
Email: dtarantolo@nylag.org
Claire Torchiana
Email: ctorchiana@nylag.org
Julie Howe
Email: jhowe@nylag.org
NEW YORK LEGAL ASSISTANCE GROUP
100 Pearl Street, 19th Floor
New York, New York 10004
Telephone: (212) 613-5000
Facsimile: (212) 714-7589

*Attorneys for Plaintiff*