Case Name: Coffin v. Unison Agreement Corp. et al.          Case Number: 1:2 CV- 01587 ( ENV ) (TAM)

| CASE MANAGEMENT WORKSHEET | |
|---|---|
| **Preparation for Initial Conference** | |
| **Rule 26(f) conference held?** | Date: **6/23/2026** |
| **Deadline for Rule 26(a) initial disclosures and any HIPAA-compliant records authorizations:** | **7/17/2026** |
| **Procedures discussed for producing Electronically Stored Information (ESI)?** | Yes ■  No ☐  N/A |
| **Confidentiality Order to be submitted for Court approval?** | Yes ■  No ☐  N/A |
| **Anticipated number of depositions:** | Plaintiff(s): 6-10 <br> Defendant(s): 6-10 |
| **First requests for production of documents and for interrogatories due by:** | Pls.' Position: 7/21/2026 <br> Defs.' Position: See statement below.* |
| **Proposed Deadlines for Pre-Settlement Discovery (Phase I)** | |
| **Agreed upon completion date for Phase I Discovery:** <br> (Reciprocal agreed upon document production and other discovery necessary for a reasoned consideration of settlement. Presumptively 60 days after Initial Conference.) | Pls.' Position: 10/21/2026 <br> Defs.' Position: See statement below.* |
| **Date for pre-settlement status conference with counsel:** <br> (Proposed date to report the parties' preparedness for mediation or a settlement conference. Presumptively 10-15 days after the completion of Phase I Discovery.) | Pls.' Position: 11/3/2026 <br> Defs.' Position: See statement below.* |
| **Proposed Deadlines for Discovery and Motion Practice (Phase II)** | |
| **Deadline to join new parties or amend pleadings as of right:** <br> (Presumptively 15 days after initial settlement conference) | **11/18/2026** |
| **All fact discovery completed by:** <br> (Presumptively 3.5 months after first requests for documents/interrogatories) | Pls.' Position: 7/21/2027 <br> Defs.' Position: 1 year after opening of fact discovery |
| **Joint status report certifying close of fact discovery:** | Pls.' Position: 8/4/2027 <br> Defs.' Position: 2 weeks after close of fact discovery |
| **Anticipated number of expert reports:** | Plaintiff(s): 2 <br> Defendant(s): 3 |

| | |
|---|---|
| **Exchange of expert disclosures completed by:** <br> (Presumptively 30 days after fact discovery) | Pls.' Position: 10/4/2027 <br> Defs.' Position: 2.5 months after close of fact discovery |
| **Expert depositions completed by:** <br> (Presumptively 30 days after initial expert disclosures) | Pls.' Position: 11/4/2027 <br> Defs.' Position: 1 month after exchange of rebuttal expert reports |
| **Exchange of rebuttal expert reports by:** <br> (Presumptively 30–45 days after initial expert disclosures) | Pls.' Position: 11/18/2027 <br> Defs.' Position: 1 month after exchange of expert disclosures |
| **All expert discovery completed by:** | Pls.' Position: 12/9/2027 <br> Defs.' Position: 4.5 months after close of fact discovery |
| **CERTIFICATION OF THE COMPLETION OF ALL DISCOVERY BY:** <br> (Presumptively 9 months after Initial Conference) | Pls.' Position: 12/16/2027 <br> Defs.' Position: 2 weeks after close of expert discovery |
| **Final date to take first step in dispositive motion practice:** <br> (Parties are directed to consult the District Judge's Individual Rules regarding such motion practice. Presumptively 30 days after completion of all discovery.) | 90 days after the Court's ruling on Plaintiffs' motion for class certification.** |

| | | |
|---|---|---|
| **Do the parties wish to be referred to EDNY's mediation program pursuant to Local Rule 83.8?** | Yes ☐ | No ☒ |
| **Do the parties consent to trial before a Magistrate Judge pursuant to 28 U.S.C. § 636(c)?** <br> (The fillable consent form may be found at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge. Consenting does not affect a party's right to a jury trial.) | Yes ☐ | No ☒ |

SO ORDERED:

_____  _____

**TARYN A. MERKL**                                                        **DATE**
United States Magistrate Judge

*The Parties disagree about whether discovery should proceed pending resolution of Defendants' forthcoming motion to compel arbitration, or, in the alternative, to dismiss for failure to state a claim ("MTC/MTD"). Plaintiffs' position is that discovery should go forward, and Plaintiffs have proposed specific deadlines for Phase II. Defendants' position is that discovery should be stayed pending final disposition on the MTC/MTD, and if the Court elects to set any deadlines for Phase II, they should start to run, with the opening of fact discovery, on the date of the final disposition of the MTC/MTD. Defendants are prepared to file a motion to stay discovery with supporting reasons. As noted in Defendants' letter requesting a pre-motion conference on the MTC/MTD,Defendants are also considering potential ways to efficiently litigate the several related putative class actions pending in other federal courts, and will update the Court on that issue separately.

While the Parties disagree about whether Phase II should begin now or after final disposition of the MTC/MTD, the Parties generally agree on the amount of time necessary for each sequential deadline within Phase II.

**Plaintiffs anticipate filing a motion for class certification at the close of discovery. Plaintiffs propose the following schedule for the briefing on class certification:

| | |
|---|---|
| Plaintiffs file motion for class certification: | January 14, 2028 |
| Defendants file response: | February 14, 2028 |
| Plaintiffs file reply: | March 6, 2028 |

Consistent with their position that discovery should be stayed pending final disposition of the MTC/MTD, Defendants propose the following schedule for the briefing on Plaintiffs' motion for class certification:

| | |
|---|---|
| Plaintiffs file motion for class certification: | 30 days after completion of discovery |
| Defendants file response: | 45 days after Plaintiffs' motion |
| Plaintiffs file reply: | 3 weeks after Defendants' response |