**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GERALD COFFIN and DAWN WHITBECK on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNISON AGREEMENT CORP., UNISON INVESTMENT MANAGEMENT, LLC, and ODIN NEW HORIZON REAL ESTATE FUND LP,<br><br>Defendants. | No. 1:26-cv-01587-ENV-TAM |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Entry and Order dated July 21, 2026, Defendants Unison Agreement Corp., Unison Investment Management, LLC, and Odin New Horizon Real Estate Fund LP (collectively, "Defendants"), together with Plaintiffs Gerald Coffin and Dawn Whitbeck (collectively, "Plaintiffs," and with Defendants, the "Parties"), provide the following joint status report:

1. This case is one of three putative federal class actions filed against Defendants. The other putative federal class actions are: *Kane v. Unison Agreement Corp. et al.*, Case No. 1:26-cv-01444-GPG-NRN (D. Colo.); and *Santaniello v. Unison Agreement Corp. et al.*, Case No. 2:26-cv-07117-EP-JSA (D.N.J.). Defendants contend these other class actions arise from substantially similar or related facts and claims to those in this action. Plaintiffs do not agree and note that this action and those other actions assert claims only under the law of the states in which they are filed.

2. On July 28, 2026, Defendants informed Plaintiffs that they intend to file a motion before the Judicial Panel on Multidistrict Litigation ("JPML") by mid-August to consolidate the putative federal class actions and certain individual federal actions pending against Defendants

pursuant to 28 U.S.C. § 1407. Section 1407 provides for consolidation "[w]hen civil actions involving one or more common questions of fact are pending in different districts," and coordinated pretrial proceedings in the constituent actions "will be for the convenience of the parties and witnesses and will promote the just and efficient conduct of such actions." *Id.* § 1407(a).

3. Defendants expect that the motion for consolidation will be heard by the JPML at its September 24, 2026 hearing, and that—based on the JPML's historic practices—the motion will be decided no later than mid-October 2026. *See https://www.jpml.uscourts.gov/hearing-information* (identifying upcoming hearing sessions); *see also In re T-Mobile Customer Data Sec. Breach Litig.*, 576 F. Supp. 3d 1373, 1374 n.3, 1375 (J.P.M.L. 2021) (granting consolidation petition one day after hearing); *In re Philips Recalled CPAP, Bi-Level Pap, and Mechanical Ventilator Prods. Liab. Litig.*, 568 F. Supp. 3d 1408, 1409 n.3, 1410 (J.P.M.L. 2021) (granting consolidation petition eight days after hearing); *In re Johnson & Johnson Aerosol Sunscreen Mktg., Sales Practices and Prods. Liab. Litig.*, 568 F. Supp. 3d 1412, 1413 n.2, 1414 (J.P.M.L. 2021) (granting consolidation petition eight days after hearing); *In re McKinsey & Co., Inc., Nat'l Prescription Opiate Consultant Litig.*, 543 F. Supp. 3d 1377, 1378 n.4, 1380 (J.P.M.L. 2021) (granting consolidation petition eleven days after hearing).

4. Defendants further intend to seek a stay of all proceedings in this action (and all of the other constituent actions) pending the JPML's decision on the forthcoming motion, on the basis that courts routinely stay all proceedings in constituent actions pending determinations by the JPML of such motions.

5. Plaintiffs intend to oppose Defendants' forthcoming motion for consolidation and may take the position that this action should proceed while that motion is pending. Plaintiffs are still considering whether there may be some alternative mechanism for consolidation or

coordination among the pending class actions to which Plaintiffs would voluntarily agree. If Plaintiffs identify and propose such an alternative mechanism, the Parties will meet and confer over any such possibilities.

6. Defendants intend to respond to Plaintiffs' requests for discovery as to the two named Plaintiffs by August 7, 2026, as directed in the Court's Minute Entry and Order dated July 21, 2026, which production will include the document(s) upon which Defendants intend to rely for their motion to compel arbitration.

7. Plaintiffs will serve arbitration-related discovery requests by August 4, 2026.

8. As the Parties are still in discussions regarding whether discovery should proceed in light of Defendants' recent updates, the Parties respectfully request the opportunity to provide the Court with a further joint status report on or before August 7, 2026.

Dated: July 31, 2026

Respectfully submitted,

GOODWIN PROCTER LLP

*/s/ Valerie A. Haggans*

Valerie A. Haggans
Melissa Brumer
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 813-8800
VHaggans@goodwinlaw.com
MBrumer@goodwinlaw.com

Matthew S. Sheldon, *Admitted Pro Hac Vice*
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, D.C. 20036
Tel.: (202) 346-4027
Fax: (202) 204-7302
MSheldon@goodwinlaw.com

*Attorneys for Defendants Unison Agreement Corp., Unison Investment Management, LLC, and Odin New Horizon Real Estate Fund LP*

TERRELL MARSHALL LAW GROUP PLLC

*/s/ Beth E. Terrell*

Beth E. Terrell, *Admitted Pro Hac Vice*
Email: bterrell@terrellmarshall.com
Blythe H. Chandler, *Admitted Pro Hac Vice*
Email: bchandler@terrellmarshall.com
Eleanor Eagan, *Admitted Pro Hac Vice*
Email: eeagan@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Danielle Tarantolo
Email: dtarantolo@nylag.org
Claire Torchiana
Email: ctorchiana@nylag.org
Julie Howe
Email: jhowe@nylag.org
NEW YORK LEGAL ASSISTANCE GROUP
100 Pearl Street, 19th Floor
New York, New York 10004
Telephone: (212) 613-5000
Facsimile: (212) 714-7589

Daniel A. Schlanger
Email: dschlanger@consumerprotection.net
SCHLANGER LAW GROUP LLP
60 East 42nd Street, 46th Floor
New York, New York 10165
Telephone: (212) 500-6114
Facsimile: (646) 612-7996

*Attorneys for Plaintiffs*