**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GERALD COFFIN and DAWN WHITBECK on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNISON AGREEMENT CORP., UNISON INVESTMENT MANAGEMENT, LLC, and ODIN NEW HORIZON REAL ESTATE FUND LP,<br><br>Defendants. | No. 1:26-cv-01587-ENV-TAM |

**JOINT PROPOSED BRIEFING SCHEDULE**

Pursuant to the Court's Order dated August 3, 2026, Defendants Unison Agreement Corp., Unison Investment Management, LLC, and Odin New Horizon Real Estate Fund LP (collectively, "Defendants"), propose that the briefing schedule for Defendants' motion to compel arbitration and motion to dismiss (the "Motion") be held in abeyance. Plaintiffs Gerald Coffin and Dawn Whitbeck (collectively, "Plaintiffs," and with Defendants, the "Parties"), do not currently oppose Defendants' request.

1. Defendants submit that, for the reasons explained in the Joint Status Report filed earlier today (ECF No. 34), no briefing on the Motion should occur until the Judicial Panel on Multidistrict Litigation ("JPML") decides Defendants' forthcoming motion to consolidate this action with other pending federal actions pursuant to 28 U.S.C. § 1407 (the "MDL Motion").

2. As further explained in ECF No. 34, Defendants seek a stay of all proceedings in this action, including Defendants' deadline to file the Motion, pending the JPML's decision on the MDL Motion, on the basis that courts routinely stay all proceedings in constituent actions pending determinations by the JPML of such motions. *Id.* ¶ 5.

3. Defendants therefore respectfully request that the joint proposed briefing schedule for the Motion be held in abeyance pending the JPML's decision on the MDL Motion.

4. Plaintiffs do not currently oppose Defendants' request. *Id.* ¶ 10. If Defendants' MDL Motion is not heard, as anticipated, at the September 24, 2026, hearing of the JPML, Plaintiffs reserve the right to oppose the stay at that time.

Dated: August 7, 2026

Respectfully submitted,

GOODWIN PROCTER LLP

/s/ Valerie A. Haggans
Valerie A. Haggans
Melissa Brumer
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 813-8800
VHaggans@goodwinlaw.com
MBrumer@goodwinlaw.com

Matthew S. Sheldon, *Admitted Pro Hac Vice*
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, D.C. 20036
Tel.: (202) 346-4027
Fax: (202) 204-7302
MSheldon@goodwinlaw.com

*Attorneys for Defendants Unison Agreement Corp., Unison Investment Management, LLC, and Odin New Horizon Real Estate Fund LP*

TERRELL MARSHALL LAW GROUP PLLC

/s/ Beth E. Terrell
Beth E. Terrell, *Admitted Pro Hac Vice*
Email: bterrell@terrellmarshall.com
Blythe H. Chandler, *Admitted Pro Hac Vice*
Email: bchandler@terrellmarshall.com
Eleanor Eagan, *Admitted Pro Hac Vice*
Email: eeagan@terrellmarshall.com

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Danielle Tarantolo
Email: dtarantolo@nylag.org
Claire Torchiana
Email: ctorchiana@nylag.org
Julie Howe
Email: jhowe@nylag.org
NEW YORK LEGAL ASSISTANCE GROUP
100 Pearl Street, 19th Floor
New York, New York 10004
Telephone: (212) 613-5000
Facsimile: (212) 714-7589

Daniel A. Schlanger
Email: dschlanger@consumerprotection.net
SCHLANGER LAW GROUP LLP
60 East 42nd Street, 46th Floor
New York, New York 10165
Telephone: (212) 500-6114
Facsimile: (646) 612-7996

*Attorneys for Plaintiffs*

**SO ORDERED.**

Dated: _______________, 2026

Brooklyn, New York

_________________________________________
HONORABLE ERIC N. VITALIANO

United States District Judge
Eastern District of New York